UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5922 ODW(SSx) | Date | January 19, 2010 |
|---|---|---|---|
| Title | Carl John Noecker v. Southern California Lumber Industry Welfare Fund, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order Continuing Hearing on Motion to Dismiss Plaintiff's Second Cause of Action [28] (Filed 1/11/10)**

The hearing on the above-referenced motion, presently scheduled for February 8, 2010 at 1:30 p.m., is hereby CONTINUED to **Monday, March 8, 2010 at 1:30 p.m.**

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |