JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHN NOECKER, | Case No. CV 09-05922 DMG (SSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND, et al., | |
| Defendants. | |

Pursuant to the Court's February 25, 2011 Order re Parties' Cross-Motions for Summary Judgment [Doc. #72], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Southern California Lumber Industry Welfare Fund and Board of Trustees for the Southern California Lumber Industry Welfare Fund and against Plaintiff Carl John Noecker, who shall take nothing. Defendants are awarded reasonable costs.

**IT IS SO ORDERED**.


DATED:     March 14, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-